JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA  92101
Phone (619) 685-4800 Ext. 1557
Fax (619) 685-4810
jwong@mccarthyholthus.com

Attorney for:
PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, its assignees and/or successors, by and through its servicing agent Fay Servicing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Grays,<br>Roberta Grays,<br><br>      Debtors. | ) Case No.  15-30038 HLB<br>)<br>) Chapter   13<br>)<br>) RS No.    JCW-10700<br>)<br>) **DECLARATION IN SUPPORT OF**<br>) **MOTION FOR RELIEF FROM**<br>) **AUTOMATIC STAY**<br>)<br>)<br>) Date:   05/04/2017<br>) Time:   1:00PM<br>) Ctrm:   19<br>) Place:  450 Golden Gate Ave<br>)            San Francisco, CA<br>)<br>)<br>)<br>) |

///

///

///

///

1                                                    File No. CA-17-134118
Declaration in Support of Motion for Relief from Automatic Stay, Case No. 15-30038 HLB
Case: 15-30038    Doc# 76-1    Filed: 04/03/17    Entered: 04/03/17 16:42:34    Page 1 of 4

I, Lisa L Johnson, declare and state as follows:

1. I am over the age of eighteen years and not a party to this action. The facts set forth below me are known to me personally based upon the review of the business records and I have first-hand knowledge of them. If called as a witness, I could and would, testify competently, under oath to such facts.

2. I am a/an AVP Bankruptcy for Fay Servicing, as servicing agent for PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, "Secured Creditor" herein, and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Fay Servicing are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Fay Servicing in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4. The subject real property securing the Deed of Trust loan is commonly known as 176 Topeka Ave, San Francisco, CA 94124-2056 and legally described as set forth in **Exhibit "1"**.

5. A true and correct copy of the Assignment transferring the Deed of Trust to PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee is attached hereto as **Exhibit "2"**.

6. Furthermore, Movant or it's custodian is in possession of the original Note dated 01/19/2007 in the principal amount of $476,000.00 which is secured by the Deed of Trust of the same date. **See Exhibit "3"** which is a copy of the promissory note.

7. The Debtors filed this subject bankruptcy petition on 01/13/2015.

8. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment. For example, a payment received in

December will be applied to the November payment if no payment had been received in November.

9. Attached hereto as **Exhibit "4"** is a postpetition payment history with respect to the loan.

10. With respect to Secured Creditor's Deed of Trust as of 02/14/2017, the following is now due:

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 494,297.30 |
| Accrued Interest as of 02/14/2017: | $ | 37,147.58 |
| Escrow Advances as of 02/14/2017: | $ | 8,222.39 |
| DELINQUENCIES: | | |
| Monthly Payments: 15 at $1,417.45 (02/01/15 through 04/01/16) | $ | 21,261.75 |
| Monthly Payments: 4 at $1,556.19 (05/01/16 through 08/01/16) | $ | 6,224.76 |
| Monthly Payments: 3 at $1,759.91 (09/01/16 through 11/01/16) | $ | 5,279.73 |
| Monthly Payments: 3 at $1,672.55 (12/01/16 through 02/01/17) | $ | 5,017.65 |
| Bankruptcy Attorney Fee: | $ | 850.00 |
| Bankruptcy Filing Fee: | $ | 181.00 |
| **Total Delinquencies:** | $ | **38,814.89** |

11. The sums set forth in this declaration do not include all late charges, escrow advances, attorneys' fees, costs or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

///

///

///

///

///

12. The next scheduled monthly payment of $1,672.55 is due 03/01/2017, and continuing each month thereafter. However, this amount may be subject to change pursuant to the terms of the applicable loan documents. Late charges will accrue if payment is not received by the 15th of the month.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3/31/17 (Date) at Tampa (City), Florida (State).

_____
Signature

Lisa L Johnson
_____
Print Name