JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 1557
Fax (619) 685-4810
jwong@mccarthyholthus.com

Attorney for:
PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, its assignees and/or successors, by and through its servicing agent Fay Servicing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>Leslie Grays,<br>Roberta Grays,<br><br>      Debtors. | ) Case No. 15-30038 HLB<br>)<br>) Chapter 13<br>)<br>) RS No.   JCW-10700<br>)<br>) **NOTICE OF MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY**<br>)<br>) Date:  05/04/2017<br>) Time:  1:00PM<br>) Ctrm:  19<br>) Place:  450 Golden Gate Ave<br>)         San Francisco, CA<br>) |

///

///

1      File No. CA-17-134118
Notice of Motion with Certificate of Service, Case No.15-30038 HLB
Case: 15-30038   Doc# 77   Filed: 04/03/17   Entered: 04/03/17 16:44:53   Page 1 of 2

TO: Debtors, Leslie Grays and Roberta Grays; Chapter 13 Trustee, David Burchard; Debtors' Attorney of Record, Jason Honaker; and Other Interested Parties.

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 450 Golden Gate Ave, San Francisco, California, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, its assignees and/or successors, by and through its servicing agent Fay Servicing herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion For Relief From the Automatic Stay.

Please take notice that unless the Debtors or Debtors' Counsel appears in opposition to the Motion, the Motion may be granted without further hearing.

Dated: April 3, 2017            McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for Secured Creditor
PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, its assignees and/or successors, by and through its servicing agent Fay Servicing