JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, its assignees and/or successors, by and through its servicing agent Fay Servicing

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>Leslie Grays,<br>Roberta Grays,<br><br>Debtors.<br>/ | ) Case No. 15-30038 HLB<br>)<br>) Chapter 13<br>)<br>) RS No.  JCW-10700<br>)<br>) **ADEQUATE PROTECTION**<br>) **STIPULATION**<br>)<br>) Date:  06/15/2017<br>) Time:  1:00 PM<br>) Ctrm:  19<br>) Place: 450 Golden Gate Ave<br>)           San Francisco, CA<br>) |

PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, its assignees and/or successors and its servicing agent Fay Servicing ("Fay") and Debtors, Leslie Grays and Roberta Grays, ("Debtors") by and through their attorneys of record STIPULATE as follows:

54

File No. CA-17-134118
Adequate Protection Stipulation, Case No.  15-30038 HLB

Case: 15-30038    Doc# 80    Filed: 06/14/17    Entered: 06/14/17 15:19:37    Page 1 of 3

1. This Order affects the real property commonly known as: 176 Topeka Ave, San Francisco, CA 94124-2056.
2. Commencing 7/01/2017 through 09/01/2017, Debtors shall make double the regular monthly post-petition payments in the amount of **$3,345.10 each month** and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.
3. Payments shall be made directly to Fay Servicing, at 1939 W. North Avenue Suite 680 Chicago, IL 60642, with reference to Loan Number ending with 4783, or as otherwise directed.
4. The stay shall remain in place as long as the monthly payments are made as stated in Paragraph 2.
5. Regardless of the payment status, the automatic stay provisions of 11 U.S.C. §362 is immediately terminated and extinguished as to Movant effective **October 1, 2017** and Movant may proceed with foreclosure and hold a trustee's sale on the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary may commence any action necessary to obtain complete possession of the subject property, including unlawful detainer, if required.
6. The Debtors shall timely perform all of their obligations under Fay's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.
7. In the event Debtor(s) fails to timely perform any of the obligations set forth in this Order, Fay shall notify Debtors and Debtor's counsel of the default in writing. Debtors shall have ten (10) calendar days from the date of the written notification to cure the default and to pay an additional $50.00 for attorneys' fees for each occurrence. An additional $150.00 will also be due if court certification of the default required.
8. If Debtor(s) fails to cure the default, Fay may lodge a Declaration of Default and Order Terminating the Automatic Stay. Upon entry of the Order, the automatic stay shall be terminated and extinguished for purposes of allowing Fay to notice, proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, without further Court Order or proceeding being necessary. Upon entry of Order, Fay may also commence any



action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

9. If Debtor(s) defaults on the obligations set forth herein on more than one (1) occasions, Fay may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Fay and Fay may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order or proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

10. If this case is converted to a Chapter 7 proceeding, the automatic stay shall be terminated; or the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void.

11. Fay's Proof of Claim is due and owing and is allowed in full.

12. The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS SO STIPULATED:

/s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee, its assignees and/or successors, by and through its servicing agent Fay Servicing

6/14/17

Jason Honaker
Attorney for Debtors

3
File No. CA-17-134118
Adequate Protection Stipulation, Case No. 15-30038 HLB

Case: 15-30038   Doc# 80   Filed: 06/14/17   Entered: 06/14/17 15:19:37   Page 3 of 3